UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MAIDPRO FRANCHISE, LLC | : | |
| Plaintiff, | : | Case No. 1:23-cv-9172-VM |
| v. | : | **DEFAULT JUDGMENT** |
| CITY MAID PRO, INC., | : | |
| Defendant. | : | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/24

This action having been commenced on October 18, 2023 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, City Maid Pro, Inc., on October 25, 2023, by personal service on the Sue Zouky, the managing agent of the New York Secretary of State, and a proof of service having been filed on October 26, 2023, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That, for the reasons in the Court's Decision and Order dated June 27, 2024 (see Dkt. No. 16), the plaintiff have judgment against defendant in the amount of $10,000.00, plus costs and disbursements of this action in the amount of $619.50, amounting in all to $10,619.50, plus post-judgment interest at the statutory rate; and it is further

ORDERED, ADJUDGED AND DECREED: That a permanent injunction is entered against the defendant, on the terms set forth below:

1. Defendant, its agents, servants, affiliates, employees, and attorneys, and all others in active concert or participation with any of them shall not, either directly or

indirectly, for themselves, or through, on behalf of, or in conjunction with any other person, persons, partnership, or corporation, use or otherwise display any MaidPro mark or use the name MaidPro in its domain name (www.citymaidpro.com), on its website, or in any manner with the public, including but not limited to on Google, Facebook, Instagram, Yelp, Groupon, and Nicelocal.

2. Defendant, its agents, servants, affiliates, employees, and attorneys, and all others in active concert or participation with any of them shall not, either directly or indirectly, for themselves, or through, on behalf of, or in conjunction with any other person, persons, partnership, or corporation, hold themselves out to the public as a present or former MaidPro franchisee.

Dated: New York, New York

      July 2, 2024

_____
Victor Marrero
U.S.D.J.